

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant has filed yet another pro se motion attacking the trial court's judgment. We **DENY** the motion. As we stated in our order of February 9, 2015, any arguments appellant wishes to make regarding the alleged invalidity of the trial court's judgment should be included in her appellant's brief when it is filed in this court. Appellant should not continue to file motions containing arguments that are more properly included in her appellant's brief. As previously noted, once the reporter's record is filed, we will set a due date for appellant's brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court